No. 283, Misc. HOWLERY *v.* RANDOLPH, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 285, Misc. SMITH *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 287, Misc. KINCHELOE *v.* FARMER. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Edmund F. Ortmeyer* for respondent.

No. 288, Misc. HORN *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 289, Misc. WOODS *v.* SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 290, Misc. LOUDEN *v.* SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 293, Misc. QUEVREAUX *v.* RANDOLPH, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 295, Misc. BELL *v.* BANNAN, WARDEN. Supreme Court of Michigan. Certiorari denied.

No. 296, Misc. BYRNE *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 300, Misc. MEACHAM *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 304, Misc. COYLE *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 321, Misc. KUSHNIC *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.